# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

# COLUMBIA

Case: 1:25−cv−04413 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 12/16/2025
Description: TRO/Prelim. Inj. (D-DECK

CS # ORIGINAL PROCEEDING

JOHN DOE,

Similarly situated citizens of the United States,

Similarly situated "BOAT STRIKE" victims,

Similarly situated "EPSTEIN" and other assault victims,

Similarly situated I.C.E. detained U.S. Citizen victims,

Similarly situated "ETHNICALLY CLEANSED" legal and undocumented

migrant victims,

Similarly situated "AFFORDABILITY" victims, et al.



        Plaintiffs

v.

United States of America,



RECEIVED
DEC 16 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Donald J. Trump, a.k.a. " THE DOG THAT DIDN'T BARK" in his purported official and individual capacities,

Elon Musk, in his purported official and individual capacities,

Stephen Miller, in his purported official and individual capacities,

J.D. Vance, in his purported official and individual capacities,

United States Doge Service,

Department of Government Efficiency,

Republican National Committee,

The Republican Party and Parties of the United States a.k.a. Grand Old Party, all members,

Unknown Transition donor Jane Does and Unknown Transition donor John Does,

The Heritage Foundation,

Fox News Network LLC,

Timothy Kelly, in his purported official and individual capacities,

Carl Nichols, in his purported official and individual capacities,

Angela D. Caesar Clerk of Court, in her purported official and individual capacities,

Jean-Claude Douyon, Operations Supervisor, in his purported official and individual capacities,

Megan Bleskoski Case Administrator, in her purported official and individual capacities,

Claude Alde Case Administrator, in his purported official and individual capacities,

Unknown Intake clerk(s), in his or her purported official and individual capacities, et al.

      Defendants


## COMPLAINT FOR DEFAMATION OF CHARACTER and DEMAND FOR JURY TRIAL


### INTRODUCTION

Pursuant to the Project 2025 policy as defined by the plaintiff in 1:25-cv-1229, in a patterned systemic course of conduct, defendants abolish the OPERATIONAL existence of the Constitution and reduce the constitutional rights or protections of plaintiff in that case JOHN DOE, similarly situated citizens of the United States,  similarly situated "BOAT STRIKE" victims, similarly situated "EPSTEIN" and other assault victims, similarly situated I.C.E. detained U.S. Citizen victims, similarly situated "ETHNICALLY CLEANSED" legal and undocumented migrant victims, and similarly situated "AFFORDABILITY" victims, black, brown, women, lgbtq, the impoverished and other protected classes to the discretion of the confederate white supremacist republican party installed in all 3 branches as clearly defined in 1:25-cv-1229, not to investigate or determine whether a violation has occurred, but instead to whether they will ALLOW the right or protection freely given the white and wealthy. Defendants defame the plaintiffs and those similarly situated before, during and after under guise of official conduct to perpetuate white supremacy. Made available for judicial viewing only, thousands of pages of records were incorporated into the pleadings in that case demonstrating hundreds of clear violations of the fundamental law concerning the primary plaintiff Doe while properly

implementing those laws concerning the white and wealthy before, during, and after Doe's requests.

   Whistleblowers against the white and wealthy should be protected. The defendants arrested and prosecuted Doe with orchestrated probable cause and tampered evidence anyway. Altered transcripts are illegal and violate due process. The defendants allowed them and then concealed them anyway. Prosecuting someone twice for the same alleged crime is forbidden.  The defendants did it anyway. Sending someone to prison under a false identity is illegal.  The defendants did it anyway. Conspiring with white supremacist gang members to murder Doe is illegal.  The defendants did it anyway. Applying the law differently in Doe's cases than applied as established in the cases of the white and wealthy is forbidden. The defendants did it anyway. White government officials are not immune for acts of violence.  The defendants gave them immunity anyway. Concealing purported exonerating evidence is illegal.  The defendants refused them and concealed them anyway. Refusing to allow Doe to vindicate his rights by jury trial and obtain reparations for the injuries he obtained in surviving the attempted murder is illegal. The defendants did it anyway. Altering court records is illegal.  The defendants did it anyway.

Killing people like Doe and "boat strike victims" without due process is illegal. You attempted to and did it anyway. "Slow walking" the release of the "Epstein files" is illegal. The defendants did it anyway. Obtaining political office by preying on "affordability victims" is improper. The defendants did it anyway. Denigrating entire protected classes of people for the acts of individuals to purpose violation of that protection is illegal. The defendants did it anyway. All the while defaming their character by implication.

The defendants impose authority through "installed white supremacist officials" to interfere and are protecting the powerful, white and wealthy and discarding as less than human, black, brown, lgbtq, women, the impoverished and other protected classes while using authority to impose false narratives of those "Epstein" victims, murdered "boat strike" victims, migrants, ALL people of color, "affordability" victims, this plaintiff and other similarly situated persons.

https://www.usatoday.com/story/opinion/columnist/2025/10/19/trump-republican-lies-no-kings-protest/86734549007/

https://www.theguardian.com/us-news/2025/dec/04/trump-somalis-minneapolis-ice

https://pifcoalition.org/resources/press/trump-order-perpetuates-lies-about-immigrant-safety-net-eligibility-attempts-to-stir-fear/

https://www.pbs.org/newshour/politics/trumps-d-c-rhetoric-echoes-history-of-racist-narratives-about-urban-crime

https://www.cbsnews.com/news/fact-checking-trumps-recent-claims-about-the-economy/

https://www.aljazeera.com/news/2025/11/18/how-donald-trump-shifted-on-releasing-the-jeffrey-epstein-files

https://www.arlingtondemocrats.org/post/trump-s-deportation-lies

https://abcnews.go.com/Politics/wireStory/trump-denied-slur-haiti-african-nations-now-boasts-128266309

### JURISDICTION AND VENUE

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiffs and

Defendants, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

This Court has personal jurisdiction over all Defendants pursuant to § 13-423 of the District of Columbia Code because defendants , who at all relevant times during the defamatory campaign under guise of official conduct at issue in this case:

(i) caused tortious injury by acts committed within the District of Columbia, including and specifically by making false and defamatory statements

(ii) caused tortious injury by acts committed outside the District of Columbia while engaging in persistent course conduct within the District of Columbia.

Requiring Defendants to litigate these claims in the District of Columbia does not offend traditional notions of fair play and substantial justice and is permitted by the Due Process Clause of the United States Constitution. Plaintiff's claims arise in part from defamatory statements made within the District of Columbia. Defendants avail themselves of numerous privileges in the District of Columbia.

 Venue is proper in this Court under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims in this Complaint

occurred in this District and, as discussed above, because Defendants are subject to the Court's personal jurisdiction in this District.

**PARTIES**

Primary Plaintiff, John Doe, a 49-year-old Asian American male and U.S. born citizen, permanently disabled, brings this lawsuit seeking seeking monetary and other relief with demand for jury trial for injuries resulting from defendants' defamatory conduct, in violation of the Constitution of the United States.

Plaintiff is indigent within the meaning of federal statute 28 U.S. Code § 1915.

Other plaintiffs are similarly situated persons subject to the jurisdiction of the United States. See F.R.C.P. 23(a) (1) "the class is so numerous that joinder of all members is impracticable"

Defendants include the entire republican party, nationwide, all members, who primarily function in Washington D.C. This class of persons include the authors or parties involved with the project 2025 policy. See F.R.C.P. 23(a) (1) "the class is so numerous that joinder of all members is impracticable"

Unknown transition donor defendants' identities have been concealed by the other defendants.

Defendants operate in and under guise of individual capacities and official capacities.

## FACTS COMMON TO ALL COUNTS

Plaintiff realleges and incorporates the allegations from the preceding paragraphs.

Plaintiff filed a complaint (doc 1 1:25-cv-1229) seeking urgent injunctive and declaratory relief and jury trial on 04/15/25. The Plaintiff, a one time in 2015 WHISTLEBLOWER against a wealthy white republican donor, sought pseudonymity and T.R.O. to prevent the retaliatory violence and escalation of the violence complained of engaged under guise of official conduct. As clearly presented in 1:25-cv-1229 "installed loyalists" in positions of power continue to unlawfully interfere. With constant duress, the threat of violence remains while defendants abuse powers to defame the character of the plaintiff and similarly situated persons by design, while keeping the duress

and threat of violence live. Plaintiff complained of an overarching unconstitutional policy of governance and jurisprudence entitled "project 2025" of the "confederate white supremacist republican party". Plaintiff sued persons who identify with the current republican party and with ANY ties to said policy, not traditional constitutional republicans or conservatives. If you support the current administration, it is more likely than not that you are a defendant; Donald J. Trump is the leader of the confederate white supremacist republican party as defined in 1:25-cv-1229. Defendants and witnesses Timothy Kelly and Carl Nichols are tied to the project 2025 policy being "installed by" the alleged president Donald J. Trump as a result of and in furtherance of the project 2025 policy. Plaintiff cannot distinguish at the outset which political appointees, regardless of which branch installed, will serve the alleged president, white supremacy, or both, over the Constitution pursuant to the project 2025 policy complained of. Indeed, a limited number of appointees are "holding the line" against defendants' lawlessness complained of across the country. Defendants Kelly, Nichols and an unknown "clerk", "intake clerk", "case administrator" have not held the line, instead have implemented the project 2025 policy complained of in the 1:25-cv-1229 proceedings, engaging in a

series of extrajudicial unconstitutional acts and scheme under guise of official conduct, interfering with the litigation, playing " keep away" from an impartial adjudicator, using authority to tyrannically impose the wrong facts and wrong laws, sealing records that should be public under guise of "requests to file", submitting argumentative responses to the complaint under guise of judicial orders, in complete defiance of the Honorable James Boasberg's orders, the Federal rules of civil procedure, controlling law and this court's local rules while defaming the plaintiff and similarly situated persons. Defendants and witnesses Kelly and Nichols ignore the precedent of clearly established law cited more than 66 times in the complaint, and 62 times on rehearing while applying those same laws in the cases of similarly situated white and wealthy persons when favorable. Project 2025 judiciary OVERTURN precedent without expressing the violation on record. As made clear in the complaint in 1:25-cv-1229, defendants' insurrection that commenced on 01/06/21 never ended and is being carried out from the inside of government under implementation of the unconstitutional policy entitled "project 2025", underlying the 8 causes of action raised there.

Plaintiff has defined the primary objective of defendants' overarching policy of governance and jurisprudence entitled "project 2025" simply as

"abolition of the OPERATIONAL existence of the Constitution", "reducing the constitutional guarantees of black, brown, women, lgbtq, the impoverished and other protected classes to the discretion of white supremacist officials in all 3 branches, not to investigate or determine whether a violation has transpired, but instead to whether they will ALLOW the right or protection freely given to the white and wealthy" (doc 1,16,29 1:25-cv-1229).

Former 2015 whistleblower and Plaintiff John Doe's standing arose from being subjected to implementation of said policy at the state level and in part federally spanning a decade, in retaliation for complaining against a wealthy and white republican donor, resulting in ALL of his rights being violated under guise of HUNDREDS of patterned and systematic acts, improperly purposed official conduct as presented in 1:25-cv-1229. Clearly unconstitutional conduct which escalated to kidnapping under guise of official conduct and 4 counts of attempted murder under guise of official conduct, the last act at the hands of white supremacist gang members solicited by defendant government officials leaving the plaintiff permanently disabled, with no remedy in any branch of government where, like here, installed project 2025 defendants abuse their positions of power to interfere

while defaming the plaintiff and similarly situated persons. Defendants and witnesses Kelly and Nichols, to purpose their unconstitutional effort to further defame the non-white plaintiff determine such underlying facts in that case untrue even though the law requires they be determined by jury. ( Beacon Theatres, Inc. v. Westover, 359 U.S. 500 (1959) "When a case involves both legal and equitable claims, a court should order the issues so that the issues decided by a jury (the legal issues) come first." and Dairy Queen, Inc. v. Wood, 369 U.S. 469 (1962) "Where both legal and equitable issues are presented in a single case, any legal issues for which a trial by jury is timely and properly demanded must be submitted to a jury."). Had defendants not unlawfully interfered in 1:25-cv-1229 the jury would determine:

1. Whether defendants are white supremacists or at least have capitulated or abdicated authority to the leader of the white supremacists,

2. Whether Project 2025 is an "unconstitutional policy" implemented by defendants,

3. Whether the project 2025 policy as implemented by defendants reduces the Constitutional guarantees and protections of black,

brown, women, lgbtq, the impoverished and other protected classes

to the discretion of white supremacists in all three branches of

government both state and federal, not to determine or investigate

whether a violation has occurred but instead to whether they will

ALLOW those rights freely given the white and wealthy,

4.  Whether plaintiff's injuries resulted from implementation of the

   unconstitutional project 2025 policy,

5.  All other issues raised in the complaint.

   Plaintiff sought in 1:25-cv-1229, at least, incidental relief for similarly

situated persons and incorporated the ONGOING factual basis of hundreds

of nationwide lawsuits filed and still being filed against the defendants as

acts resulting from and in furtherance of said policy.

https://www.lawfaremedia.org/projects-series/trials-of-the-trump-
administration/tracking-trump-administration-litigation

https://www.justsecurity.org/107087/tracker-litigation-legal-challenges-
trump-administration/

https://apnews.com/projects/trump-executive-order-lawsuit-tracker/

https://lgbtqbar.org/programs/advocacy-resources/trump-executive-order-tracker/

https://www.skadden.com/insights/publications/executive-briefing/trump-administration-regulatory-litigation-tracker

Most recently at least 23 migrants of color that we know of have died in defendants' unmonitored custody, at least 170 U.S. citizens of color that we know of have been illegally kidnapped by defendants under the Supreme Court's recent determination in Vasquez Perdomo v. Noem that ONLY white citizens should not be racially profiled, defendants are executing people of color (boat strike victims) entitled to the presumption of innocence without due process of law (docs 17-28 and 29 1:25-cv-1229), defendants "slow walk" the Epstein files to protect pedophiles, defendants monstrously tell Americans that "affordability is a hoax" while the American people struggle to feed their families. All of those acts were sought on an emergency basis to be enjoined since 04/15/25. Defendants egregiously systemically ORCHESTRATE the hindered release of the so called "Epstein files" in a manner to the detriment of

ALL women, children and all who seek the information. Defendants are protecting the powerful, white and wealthy and discarding as less than human, black, brown, lgbtq, women, the impoverished and other protected classes while using authority to impose false narratives of those "Epstein" victims, murdered "boat strike" victims, migrants, ALL people of color, "affordability" victims, this plaintiff and other similarly situated persons. As plaintiff made clear in (doc 1 1:25-cv-1229), defendants have and continue to reduce the constitutional guarantees of the plaintiffs and similarly situated persons to the discretion of white supremacists in all 3 branches of government, not to determine whether a violation has occurred, but instead to whether they will ALLOW the same right or protection freely provided the white and wealthy. All the while the true body of laws of the United States which must be influenced by both past and modern history is knowingly falsified by the defendants by the project 2025 scheme to proliferate the defamation. The true body of progressive law of the United States lies not in the approximately 80 cases per year considered by the Supreme Court but instead lies in the approximately 8000 cases per year NOT reviewed by the Supreme court, because cases like these plaintiffs are CONCEALED by scheme. The

true federal questions raised by litigants like the plaintiff are hidden to serve the white and wealthy and their supremacy, federal questions already determined are evaded to serve the white and wealthy and their supremacy, the promise of appellate review disappeared to serve the white and wealthy and their supremacy , or white supremacists like the alleged president ORCHESTRATE murder by falsely declaring and adjudicating persons adverse to the United States because of the color of their skin, and because defendants believe women should be subservient, or lgbtq persons should not live, look, or love differently, or that the defendants should accrue wealth on the backs of Americans who struggle to feed their children.  Constitutional rights and guarantees are unconstitutionally reduced to discretion while defendants sexually assault, kidnap, murder or protect their coconspirators that do, then defame the plaintiff and similarly situated persons all under guise of official conduct. This plaintiff or others similarly situated are entitled to the American presumption of innocence and due process of law in both the civil and criminal contexts. The plaintiff and those similarly situated, the Epstein and other disadvantaged victims, are NOT a hoax, not incompetent, not liars, not inherently criminals, there is an affordability

crisis, nor are they less than white persons as the defendants purport by innuendo. These facts are generally known within the trial court's territorial jurisdiction and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. F.r.e. 201. (google.com).

https://www.americanimmigrationcouncil.org/blog/trump-deadlier-for-ice-detainees-than-covid-19-pandemic/

https://www.americanimmigrationcouncil.org/blog/supreme-courts-decision-racial-profiling-immigration-raids/

 https://www.nytimes.com/2025/10/31/world/americas/un-us-military-boat-strikes.html

https://www.msnbc.com/rachel-maddow-show/maddowblog/pentagon-concedes-trump-admin-doesnt-know-s-killed-boat-strikes-rcna241170

https://www.washingtonpost.com/world/2025/10/31/united-states-boat-strikes-caribbean-trinidad/

https://www.pbs.org/newshour/politics/watch-trump-again-calls-epstein-case-a-hoax-as-survivors-demand-accountability

https://www.theguardian.com/us-news/2025/nov/24/trump-insults-female-journalists

https://www.nytimes.com/2025/11/12/us/politics/trump-epstein-emails.html

https://www.nytimes.com/2025/11/12/us/politics/trump-epstein-emails.html#:~:text=author%20Michael%20Wolff.-,%E2%80%9CThese%20latest%20emails%20and%20correspondence%20raise%20glaring%20questions%20about%20what,%E2%80%9D%20Ms.%20Maxwell%20wrote%20back.

https://www.nbcnews.com/politics/immigration/ice-arrested-nearly-75000-people-no-criminal-records-data-shows-rcna247377

In (doc 1 1:25-cv-1229), Plaintiff, an Asian American U.S. Citizen sought to enjoin further implementation of the project 2025 policy and sought jury trial for reparations for his injuries. Plaintiff also sought Class

relief or at a minimum incidental relief for similarly situated persons. In (doc 1 1:25-cv-1229) Plaintiff also challenged initial pleading requirements alleging defendants have "FORFEIT identifying factual specificity" resulting from their constant threats of violence under guise of first amendment protections against judges, lawyers, litigants and opposition. Defendants recently have threatened former military and former C.I.A. officials with death for citing clearly established law that members of the military "should not obey illegal orders", a matter of illegal use of the military against citizens, plaintiff Doe raised in (doc 1 1:25-cv-1229). Defendants "paint" an entire class of non-white people with the violent conduct of one man to bolster white supremacy. It is a "grinding" nonstop knowing defaming of plaintiffs and similarly situated persons by systemic patterned innuendo, followed by purported official conduct based on the innuendo, followed by systemic patterned innuendo. Every word uttered by the confederate white supremacist republican party defendants are misrepresentations or is a minor truth based on a prior misrepresentation making the minor truth a misrepresentation. Defendants only have "concepts" of the truth but abuse their power to impose false narratives.

https://www.washingtonpost.com/politics/2025/11/21/military-orders-
unlawful-trump-democrats-seditious/

https://www.cnn.com/2025/11/20/politics/hang-democrats-trump-seditious-
behavior

https://www.nytimes.com/2025/11/27/us/politics/trump-national-guard-
shooting.html

In 1:25-cv-1229, Doe properly sought recusal and revisiting of
defendants and witnesses Kelly's and Nichols' orders that tantamount to
factually and legally argumentative defenses to matters not raised in the
complaint entered under guise of judicial function as instructed by their
leader Donald J. Trump (docs 16 and 29). Defendants are required to
submit their arguments after being served, NOT as judicial orders.
Defendants Kelly and Nichols do not "adjudicate" instead they vaguely
ARGUE, inter alia, that specific executive defendants are not co-
conspirators, not white supremacists despite the long history provided, and
that project 2025 is not a policy. These are factual matters for the jury, yet
they defame the plaintiff to serve the white and wealthy and their
supremacy, defaming by inference that the plaintiff is incorrect, untruthful

and incompetent. In the process of CONCEALING the defendants'
kidnapping and attempted murder of the primary plaintiff Doe, defendants'
hundreds of patterned systematic discriminatory acts, defendants' ties to
sexual assault and pedophilia, defendants' bloodlust to murder people of
color entitled to the presumption of innocence, defendants greed bolstered
on the backs of Americans who struggle, defendants by any means of
justification, DEFAME the character of all to serve the white and wealthy
and their supremacy.

In the Honorable Judge James Boasberg's 05/20/25 order in 1:25-cv-
1229 he ORDERED that pursuant to the "expedited nature of the case" the
pseudonymity motion was granted "subject to further review by the judge to
whom this case is randomly assigned". In defiance of that order defendants
and witnesses Kelly and Nichols delay, refuse to recuse even though
recusal is mandatory, and on the face of the record appear to enter orders
of dismissal but the orders deceptively merely "distantly resemble" some
matters alleged, granting or denying relief wholly outside of the pleadings
(docs 16,29). Defendant Trump gives himself purported authority without
consent or perhaps with capitulation of the other branches and murders
people of color entitled to the presumption of innocence. Much like Trump,

Kelly and Nichols argued for and granted their own relief CONCEALING

the kidnapping and attempted murder of this plaintiff and plaintiff's evidence

of hundreds of similar and proliferating acts spanning a decade, all tied to

defendants' unconstitutional overarching policy of governance and

jurisprudence entitled "project 2025".

WITH THE STROKE OF A PEN, Kelly, Nichols and countless project

2025 confederate white supremacist Republican officials in all 3 branches,

spanning a decade, ILLEGALLY POINT AND CONTINUE TO POINT ALL

OF THE WEAPONS OF THE GOVERNMENT designed to KILL at the

peaceful Plaintiff's head, evading clearly established fundamental principles

of  law as determined by the United States Supreme Court while

proliferating the defamation of his character.  Principles for example

concerning, inter alia, "lack of subject matter jurisdiction", "double

jeopardy", "due process", "the right to seek redress", are evaded by a

decades long systematic and patterned scheme or course of conduct

evidenced by hundreds of orders and proceedings with legally incongruous

results by VAGUERY or no explanation at all pursuant to the project 2025

policy, while freely and forcefully enforcing those laws in the cases of

sufficiently similarly situated white and wealthy persons before, during and

after Doe's requests. How can an unlucky peaceful litigant defend himself when he allegedly draws the straws of white supremacist judiciary implementing an overarching secret white supremacist policy of governance and jurisprudence entitled project 2025? Where is the predictability of law when facing systematic government BULLYING? Is this not TERRORISM by JUDICIAL TYRANTS? Defendants aim to change United states policy by reducing Constitutional guarantees to their discretion and do so by acts of violence or threat of violence intended to coerce a civilian population or influence a government. It doesn't matter whether they are holding the gun. The government is free to charge, try or sue anyone of a wrong, but they are not free to violate all clearly established law to save face and defame others when they are so wrong that they CONCEAL evidence, tamper with other evidence, kidnap, attempt to murder and collude with other project 2025 cohorts in the courts of review to do so. And no judge should participate. This is not what is meant by "protecting the integrity of the judiciary". They are not free to beat and wear peaceful non-white litigants into submission by holding a sword over his head while defaming him from a position of power when they have a vested interest in the outcome as defendants. Nor are they free to "slow

walk" evidence of pedophilia, or murder people without due process of law, or defraud millions of their votes with the promise of financial stability only to call the American people liars after doing so. Only the wealthy, white, and cases that receive national attention receive non-tyrannical application of the Constitution. Case in point; a wealthy and white adjudicated rapist and insurrectionist walked away mid prosecution and is sitting in the white house while this Asian American plaintiff is kidnapped, beaten, deprived of food and water, confined, made permanently disabled while attempting to assassinate him and denied ALL of the rights guaranteed by the Constitution while the judiciary REFUSE to adjudicate, falsely pretending to, while concealing records, the matters he has set forth for a DECADE while granting the requested relief to sufficiently similarly situated white persons before, during and after.

Inter alia, the constitutionality of the project 2025 policy underlying the entire complaint in 1:25-cv-1229 and the challenge to pleading requirements concerning the forfeiture of "identifying factual specificity" were NOT considered at all and NOT with sufficiency to permit repleading even though the order was fashioned as "without prejudice". Subject-matter jurisdiction is lacking as to the matters ruled upon in the orders. The orders

are void ab initio not voidable. Yet defendants and witnesses Kelly and Nichols interfere with litigation unlawfully and without authority instruct the clerk to "close" the case instead of recusing while defaming the plaintiffs, failed to enjoin defendants from murdering people of color without due process of law, failed to enjoin the "slow walking" of the "Epstein" files, failed to enjoin the kidnapping of U.S. citizens, failed to enjoin the full on assault under guise of official conduct of black, brown, women, lgbtq, the impoverished and others, even if such relief is incidental.

In 1:25-cv-1229, in defiance of administrative orders 24-53 and 25-31 defendants and witnesses Kelly and Nichols and the unknown "clerk", "intake clerk", "case administrator" behind the scenes are playing "keep away" from the judge to whom this case was randomly assigned as ORDERED by the chief judge, from the assigned honorable motions duty Judges Chutkan, Moss, Mehta, assigned 04/01/25 thru 6/30/25 as ORDERED by the chief judge and, Cobb and Friedrich  assigned 08/04/25 thru 10/06/25 as ORDERED by the chief judge. Cm/ecf demonstrates Kelly's and Nichols interception of the case long before assignment to motion duty on July 7th and October 6th. The memorandum opinion is dated 06/18/25. Plaintiff has complied with orders 24-53 and 25-31.

Administrative orders are not "stand alone" or "in spite of" orders. They align with federal law, rules of procedure, and statutes like 28 U.S.C. § 455 and 28 U.S.C. § 144. Defendants and witnesses abuse power to defame the plaintiffs. Defendants proliferate the ongoing defamation arising from the retaliatory illegal prosecutions when jurisdiction was lacking ab initio , after orchestrating probable cause and refusal to adjudicate the kidnappings and attempted murders of the one-time whistleblower plaintiff while granting sufficiently similarly situated white and wealthy persons all the requested relief before, during and after.

In 1:25-cv-1229 in defiance of administrative order 25-54 defendants and witnesses Kelly and Nichols and the unknown "clerk", "intake clerk", "case administrator" behind the scenes are playing "keep away" from the Honorable Judge Cobb, assigned to emergency duty 10/25/25 thru 10/26/25 after the emergency motion was filed on 10/24/25. After contacting the marshal, a judge was not readily available. Plaintiff has complied with order 25-54. Administrative orders are not "stand alone" or "in spite of" orders. They align with federal law, rules of procedure, and statutes like 28 U.S.C. § 455 and 28 U.S.C. § 144. Defendants and witnesses abuse power to defame the plaintiffs. Defendants proliferate the

ongoing defamation arising from the retaliatory illegal prosecutions when jurisdiction was lacking ab initio , after orchestrating probable cause and refusal to adjudicate the kidnappings and attempted murders of the one-time whistleblower plaintiff while granting sufficiently similarly situated white and wealthy persons all the requested relief before, during and after.

In 1:25-cv-1229 in clear acts of usurpation and defiance of the Federal Rules of civil procedure and this court's local rules (LCvR 40.1-40.10, 57.10-57.16) the unknown "clerk", "intake clerk", "case administrator" executes judicial function by construing authorized motions "for leave", and authorized motions under rules 60,65,52,59(e), and 54 (docs 17,18,19,20,21,22,23,24,25,26,27,28,29) as "requests for leave to file review" , refusing to file and failing to provide any authority, manipulating the public docket and feloniously altering, concealing, falsifying, court records subject to public scrutiny (18 U.S. Code § 1506, 1519, 2071, 1001), and CONCEALING that defendants ALLOWED the "BOAT STRIKE" murders to continue by doing so. Records that must be public are sealed under the guise of "requests for leave to file review" much like the "Epstein" files. A "clear act of usurpation" could be grounds for a contempt of court charge in federal court if it involves disobedience of a specific and clear

court order, or if it obstructs the administration of justice. Defendants and witnesses abuse power to defame the plaintiffs. Defendants proliferate the ongoing defamation arising from the retaliatory illegal prosecutions when jurisdiction was lacking ab initio , after orchestrating probable cause and refusal to adjudicate the kidnappings and attempted murders of the one-time whistleblower plaintiff while granting sufficiently similarly situated white and wealthy persons all the requested relief before, during and after.

   In 1:25-cv-1229, in clear acts of usurpation Kelly, Nichols and other defendant and witness judges refuse to recuse. A federal judge has a ministerial duty to recuse themselves in specific, enumerated circumstances where their impartiality is mandated by law to be questioned. This duty is absolute and not a matter of personal discretion in those particular situations. The primary statute governing this is 28 U.S.C. § 455, which states that a judge "shall disqualify himself" in any proceeding where their impartiality might reasonably be questioned. The other recusal statute is 28 U.S.C. § 144.  "Clear acts of usurpation" can be grounds for contempt of court in federal court, provided the acts meet specific legal definitions of contempt, primarily involving disobedience of a court order or obstruction of justice. Defendants and witnesses abuse power to defame

the plaintiffs. Defendants proliferate the ongoing defamation arising from the retaliatory illegal prosecutions when jurisdiction was lacking ab initio , after orchestrating probable cause and refusal to adjudicate the kidnappings and attempted murders of the one-time whistleblower plaintiff while granting sufficiently similarly situated white and wealthy persons all the requested relief before, during and after.

As to 1:25-cv-1229, a federal judge's failure to exercise properly invoked jurisdiction is considered a usurpation of power. Kelly and Nichols illegally "seal" under the guise of "request for leave to file review" and falsify the record subject to public scrutiny without mentioning the unconstitutional project 2025 policy underlying the 8 causes of action in their "argumentative defenses" submitted under guise of judicial function. There is no mere claim of "wrongdoing", or a mere stand-alone claim of "conspiracy" as they purport. This concept is famously articulated in a statement by Chief Justice John Marshall: "We have no more right to decline the exercise of jurisdiction, which is given, than to usurp that which is not given. The one or the other would be treason to the Constitution".

Marshall v. Marshall, 547 U.S. 293 (2006) citing <u>Cohens v. Virginia</u>, 6
Wheat. 264 (1821). "Clear acts of usurpation" can be grounds for contempt
of court in federal court, provided the acts meet specific legal definitions of
contempt, primarily involving disobedience of a court order or obstruction of
justice. Defendants and witnesses abuse power to defame the plaintiffs.
Defendants proliferate the ongoing defamation arising from the retaliatory
illegal prosecutions when jurisdiction was lacking ab initio, after
orchestrating probable cause and refusal to adjudicate the kidnappings and
attempted murders of the one-time whistleblower plaintiff while granting
sufficiently similarly situated white and wealthy persons all the requested
relief before, during and after.

Defendants prey on the policy of the Constitutional judiciary of
protecting the integrity of the judiciary, prey on the policy of frowning upon
alleged "judge shopping" while they "case shop" at the behest of their
codefendants, prey on other judges giving due respect when they show
none. Pursuant to the overarching unconstitutional project 2025 policy
complained of defendants are reducing the plaintiff's Constitutional rights
which include but are not limited to the right to due process and the right to
seek redress to their discretion, not to determine whether a violation has

occurred, but instead to whether they will ALLOW those rights freely

granted the white and wealthy, and deny them by scheme. Civil rights era

discrimination never ended; defendants merely became cleverer in how

they discriminate. Here they illegally use the power of the judiciary to do so

when they should enter their arguments in reply once served. It is a severe

usurpation of authority and a fundamental violation of due process for a

defendant to use their position and power as a judge to preside over their

own case and act adversely to the plaintiff. This scenario presents an

extreme, non-waivable conflict of interest. In such an extreme and improper

scenario, the action taken by the individual is a personal act in their

capacity as a defendant (or a person attempting to subvert the legal

process), not a legitimate exercise of judicial power.    "Clear acts of

usurpation" can be grounds for contempt of court in federal court, provided

the acts meet specific legal definitions of contempt, primarily involving

disobedience of a court order or obstruction of justice. Defendants and

witnesses abuse power to defame the plaintiffs. Defendants proliferate the

ongoing defamation arising from the retaliatory illegal prosecutions when

jurisdiction was lacking, after orchestrating probable cause and refusal to

adjudicate the kidnappings and attempted murders of the one-time

whistleblower plaintiff while granting sufficiently similarly situated white and wealthy persons all the requested relief before, during and after.

Pursuant to the defendants overarching policy of governance and jurisprudence entitled "project 2025" as clearly presented in 1:25-cv-1229, installed loyalists to white supremacy over the constitution reduce the plaintiffs' constitutional rights to their discretion, not to determine whether a violation has occurred or whether a protection was breached but to whether they will ALLOW that protection or right freely given the white and wealthy. Similarly situated citizens of the United States, similarly situated "BOAT STRIKE" victims, similarly situated "EPSTEIN" and other assault victims, similarly situated I.C.E. detained U.S. Citizen victims, and similarly situated "ETHNICALLY CLEANSED" legal and undocumented migrants, face the implementation of the same UNCONSTITUTIONAL "project 2025" policy while the "EPSTEIN" files are released in an unlawfully orchestrated fashion, the pursuit of happiness, life, liberty and justice, due process, the entitlement to the "PRESUMPTION OF INNOCENSE" are unlawfully stripped from people of color, under guise of official conduct while defendants defame them all before, during and after. All the while, as presented in 1:25-cv-1229 the white supremacist alleged president is

holding office and taking action without authority to do so pursuant to section 3 of the 14th amendment.

## 1ST CAUSE OF ACTION

## DEFAMATION PER SE

Plaintiff realleges and incorporates the allegations from the preceding paragraphs.

Only "statements about extreme subjects" are considered defamatory per se. *Smith v. Clinton,* 886 F.3d 122, 128 (D.C. Cir. 2018) (per curiam). That category includes "statements imputing to a person a criminal offense; a loathsome disease; matter affecting adversely a person's fitness for trade, business, or profession; or serious sexual misconduct." *Carey v. Piphus,* 435 U.S. 247, 262 n.18, 98 S.Ct. 1042, 55 L.Ed.2d 252 (1978). Statements like those are "virtually certain" to damage someone's reputation, so a defamation plaintiff need not separately establish that the statements caused actual harm. *Id.* at 262, 98 S.Ct. 1042.

The history of the defendant's project 2025 policy driven ongoing defamation related to Doe spans a decade accusing and interfering with

remedy through extremely illegal unconstitutional means and through

abuse of positions of power imputing whistleblower Doe to a criminal

offense and to a matter affecting adversely his fitness to his former

profession, while denigrating entire classes of people to which Doe is a

member, portraying Doe as "dishonest, incompetent," or otherwise having

traits "incompatible with the proper conduct" (W. Page Keeton et al.,

*Prosser and Keeton on the Law of Torts* § 112, at 791-92 (5th ed. 1984),

that Doe is incompetent and dishonest in his pleadings in 1:25-cv-1229

costing Doe the damages sought.  Defendants know that the imputations,

inferred and otherwise, in their factually argumentative defenses submitted

under guise of judicial order are not true as a matter of law supported by

the record reviewed, then orchestrate the unlawful sealing of lawful

pleadings to bolster their imputations. Alternatively, because plaintiff's

damages sought in 1:25-cv-1229 may be lost F.R.C.P. 9 may be relevant.

When "an item of special damage is claimed," Federal Rule of Civil

Procedure 9(g) requires that it "be specifically stated." A plaintiff pleading

special damages as part of a defamation claim must identify a specific

economic loss and "evidence of causation" linking that loss to the

challenged statements. *Browning v. Clinton,* 292 F.3d 235, 245 (D.C. Cir. 2002).

Pursuant to that same project 2025 policy and abuse of power defendants attack similarly situated citizens of the United States,  similarly situated "BOAT STRIKE" victims, similarly situated "EPSTEIN" and other assault victims, similarly situated I.C.E. detained U.S. Citizen victims, similarly situated "ETHNICALLY CLEANSED" legal and undocumented migrants, similarly situated "AFFORDABILITY" victims

https://www.urban.org/data-tools/american-affordability-tracker#:~:text=$29%2C100,Download%20chart%20image

https://www.cbsnews.com/news/affordability-2025-inflation-food-prices-housing-child-care-health-costs/

 then, like in 1:25-cv-1229, unlawfully interfere with challenges. From their ivory towers they point down at the plaintiffs, defame, kidnap, sexually assault or protect those that do, murder, defame again, unconstitutionally orchestrate the law to do so, then unconstitutionally interfere with the paths to remedy in abuse of power. It is complete LAWLESSNESS under the guise of lawfulness because they sit in those ivory towers and the plaintiff, and those similarly situated do not.

https://www.aclu.org/press-releases/immigrants-rights-advocates-sue-trump-administration-over-fast-track-deportation-policy#:~:text=%E2%80%9CThe%20Trump%20administration%20wants%20to,and%20the%20Administrative%20Procedure%20Act.

https://newrepublic.com/post/203352/epstein-survivors-call-out-donald-trump

https://www.pbs.org/newshour/politics/watch-trump-again-calls-epstein-case-a-hoax-as-survivors-demand-accountability

https://www.theguardian.com/world/2025/dec/02/trump-caribbean-drug-boat-attack-complaint

These are patterned, systematic, and organized statements that are clear grounds for a defamation as they meet the core legal elements of defamation and rely on the strategic omission or arrangement of facts to create a false and damaging impression (defamation by implication). The "patterned, systematic, organized" nature of the statements is particularly relevant in cases of defamation by implication or innuendo. This occurs when individual statements might be literally true on their own, but when presented together in a specific context or with key

omissions, they create a false and misleading "gist" or "sting" that damages the person's reputation. Defendants' defamatory language misrepresenting the character of the plaintiffs and those similarly situated are generally known within the trial court's territorial jurisdiction and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. F.r.e. 201.

https://democracyincolor.com/recordofracism

To state a claim for defamation by implication, a plaintiff must plead that the defendant's statements, "viewed in [their] entire context," were "capable of bearing a defamatory meaning" and "contained or implied provably false statements of fact." *Fells v. Serv. Empls. Int'l Union*, 281 A.3d 572, 586 (D.C. 2022) (citation omitted). "The language must not only be reasonably read to impart the false innuendo, but it must also affirmatively suggest that the author intends or endorses the inference." *Guilford Transp. Indus., Inc. v. Wilner*, 760 A.2d 580, 596 (D.C. 2000) (citation omitted). The author must have "done something beyond the mere reporting of true facts to suggest that the author . . . intends or endorses the inference." *White*, 909 F.2d at 520.

Every word that the confederate white supremacist republican party defendants utter are false or are simply minor truths that rely on a prior falsehood protected by abuse of power in all 3 branches of government pursuant to the implemented project 2025 policy complained of and defined in 1:25-cv-1229. Whether by public announcement, court order, declaration, executive order, or sometimes legislation, designed to render courses of relief inadequate, defendants defame the plaintiff and those similarly situated. Thousands of hours of recorded language of the defendants conclude only that every word is a lie or relies on a prior lie and is intended to defame pursuant to the confederate white supremacist republican party project 2025 policy complained of in 1:25-cv-1229.

https://www.usatoday.com/story/opinion/columnist/2025/10/19/trump-republican-lies-no-kings-protest/86734549007/

Doe alleged in 1:25-cv-1229 that those lies, defined as a "scheme to defraud", propelled the leader of the confederate white supremacist republican party to the presidency. In that case, defendants improperly submit factually argumentative defenses under guise of judicial function and defame the primary plaintiff and those similarly situated.

In 1:25-cv-1229 defendants and witnesses Kelly and Nichols actions are personal acts in their capacity as a defendants (or a persons attempting to subvert the legal process), not a legitimate exercise of judicial power. Statements made in court are generally not grounds for defamation due to absolute privilege, protecting witnesses, judges, and lawyers for things said during judicial proceedings, even if false, to ensure open testimony; however, this protection is lost here because the statements weren't made in good faith, are not relevant to the case as presented in the conplaint, and is part of a broader malicious innuendo scheme.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) respectfully request that the Court enter an award of not less than $89,000,000.00 and judgment in its favor as to primary plaintiff Doe, and against all Defendants jointly and severally, as follows:

 (a) awarding primary Plaintiff John Doe compensatory and punitive damages not less than $89,000,000.00;

(b) awarding by pronouncement the right for ALL "similarly situated" persons compensatory and punitive damages or the right to seek

compensatory and punitive damages on the foregoing grounds as the court

determines appropriate;

(c) awarding plaintiffs all expenses and costs, including attorneys' fees;

(d) Awarding Epstein files release oversight to 3rd party firm agreed to by all

parties;

 (e) granting a narrowly tailored permanent injunction requiring the removal

of all the Defendants' statements that are determined to be false and

defamatory and enjoining the Defendants from repeating such statements

or engaging in any further deceptive practices including defamation by

implication in the "orders" entered in 1:25-cv-1229; and

(f) such other and further relief as the Court deems appropriate.

## DEMAND FOR JURY TRIAL

 Plaintiffs demand a trial by jury on all claims and issues so triable.

## CERTIFICATE

I John Doe, swear under penalties of perjury, that the foregoing is

true, correct and not meant to mislead. I also certify that a true, correct

copy has been forwarded.

U.S. Attorney 601 D St NW, Washington, DC 20004

Attorney General PL-01 The Capitol, Tallahassee, FL 32399-1050

The Executive Office, Office of the Legal Adviser, Suite 5.600, 600 19th Street NW., Washington DC 20522.

Executive Office of the President, 1600 Pennsylvania Avenue, NW, Washington, DC 20530

Elon Musk   52448 Boca Chica Blvd, Brownsville, TX 78521

Donald J. Trump 1100 S. Ocean Blvd. Palm Beach, FL 33480

Stephen Miller 1600 Pennsylvania Avenue, NW, Washington, DC 20530

James David Vance 1600 Pennsylvania Avenue, NW, Washington, DC 20530

Republican National Committee 310 FIRST STREET SE WASHINGTON, DC 20003

Fox News Network LLC 1211 Avenue of the Americas New York, NY 10036

The Heritage Foundation 214 Massachusetts Ave NE. Washington D.C. 20002-4999

Timothy Kelly 333 Constitution Avenue, N.W. Washington, DC 20001

Carl Nichols 333 Constitution Avenue, N.W. Washington, DC 20001

Angela D. Caesar 333 Constitution Avenue, N.W. Washington, DC 20001

Jean-Claude Douyon 333 Constitution Avenue, N.W. Washington, DC 20001

Megan Bleskoski 333 Constitution Avenue, N.W. Washington, DC 20001

Claude Alde Case Administrator 333 Constitution Avenue, N.W. Washington, DC 20001

Unknown Intake clerk(s) 333 Constitution Avenue, N.W. Washington, DC 20001

John Doe

125cv1229@mail.com